# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeals of-- )| |
| ) | |
| SEMI USA Corporation ) | ASBCA Nos. 61864, 62074 |
| ) | |
| Under Contract No. NNG13AZ04C ) | |

APPEARANCES FOR THE APPELLANT:
Laurence Schor, Esq.
Caitlin E. Trevillyan, Esq.
  Asmar, Schor & McKenna, PLLC
  Washington, DC

APPEARANCES FOR THE GOVERNMENT:
Scott W. Barber, Esq.
  NASA Chief Trial Attorney
James A. Vatne, Esq.
Amber M. Hufft, Esq.
  Trial Attorneys
  Goddard Space Flight Center
  Greenbelt, MD

## OPINION BY ADMINISTRATIVE JUDGE D'ALESSANDRIS

It is the Board's decision, pursuant to 41 U.S.C. §§ 7105(e), 7108(b), and the parties' stipulation and agreement, that the appeals are sustained. In the nature of a consent judgment, the Board makes a monetary award to appellant in the amount of $1,250,000. This amount is inclusive of interest. No further interest shall be paid.

Dated: November 15, 2019

DAVID D'ALESSANDRIS
Administrative Judge
Armed Services Board
of Contract Appeals

(Signatures continued)

I concur

RICHARD SHACKLEFORD
Administrative Judge
Acting Chairman
Armed Services Board
of Contract Appeals

I concur

J. REID PROUTY
Administrative Judge
Vice Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Opinion and Decision of the Armed Services Board of Contract Appeals in ASBCA Nos. 61864, 62074, Appeals of SEMI USA Corporation, rendered in conformance with the Board's Charter.

Dated:

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals

2